IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| LELAND SHANE GUNDLACH and STEPHANIE GUNDLACH,<br><br>             Plaintiffs,<br><br>  vs.<br><br>MID-CENTURY INSURANCE COMPANY and JOHN DOES 1-5,<br>                Defendants. | CV 25–165–M–DLC<br><br><br><br>ORDER |

On October 13, 2025, Defendant Mid-Century Insurance filed a motion to dismiss Plaintiffs' Complaint. (Doc. 3.) Subsequently, on November 11, 2025, Plaintiffs filed the First Amended Complaint (Doc. 13), which moots Defendant's earlier motion. *Ramirez v. Cty. of San Bernardino*, 806 F.3d 1002, 1008 (9th Cir. 2015).

Accordingly, IT IS ORDERED that Defendant's motion to dismiss Plaintiffs' original Complaint (Doc. 3) is DENIED AS MOOT.

DATED this 16th day of December, 2025.

Dana L. Christensen, District Judge
United States District Court

1